IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONTA COLLINS,

    Plaintiff,

v.

DAVID J. MAHONEY,

    Defendant.

ORDER

18-cv-809-wmc

*Pro se* plaintiff Donta Collins is proceeding in this lawsuit against defendant former Dane County Sheriff David Mahoney, on a Fourteenth Amendment claim arising from Collins' allegation that he was subjected to unsafe drinking water at the Dane County Jail. On May 25, 2022, defendant filed a motion to compel Collins to provide a signed medical record authorization form, and on June 6, 2022, defendant filed a motion to dismiss or compel plaintiff to appear for a deposition. (Dkt. ##21, 25.) The court set June 21, 2022, and June 27, 2022, as plaintiff's deadlines to respond to these motions, respectively. However, Collins has neither responded to the motions, nor communicated with the court that he intends to respond to either motion but needs more time. Therefore, it appears that he has abandoned this lawsuit. The court will give Collins one more chance to respond to defendant's motions. If Collins fails to respond by the deadline set forth below, then the court will dismiss plaintiff's claims in this lawsuit with prejudice, for failure to prosecute.

ORDER

IT IS ORDERED that plaintiff Donta Collins has until **July 28, 2022,** to respond to defendant's motions to dismiss and compel. **Plaintiff is advised that his failure to respond**

by that deadline will cause the court to dismiss his claims in this lawsuit with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

Entered this 7th day of July, 2022.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge